# United States Bankruptcy Court
# Central District Of California

| | |
|---|---|
| In re:<br>Chul Hyun Gong<br>dba Pax America Development | CHAPTER NO.: 7 |
| | CASE NO.: 2:15−bk−12452 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Debtor's Certification of Employment Income (Local Form)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

      Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

      255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: February 18, 2015

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Sheila Moulton**
**Deputy Clerk**

ccdn − Revised 06/2014      **1 / SSI**