1  Pauline Guterrez
   920 W. Liberty Ave
2  Montebello, CA 90640
   949-254-3769 / 323 - 740 - 9191
3  ProSE



UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT - LOS ANGELES

RE:                                          ) Case No.: 2:15-bk-12452-rk
                                             )
Chul Hyun Gong dba Pax American              ) Chapter 7
                                             )
Development,                                 ) MOTION TO VACATE ORDER FOR RELIEF OF
                                             ) STAY AND IN-REM  ON 2-2-2016 PROPERTY
         DEBTOR,                             ) LOCATED AT 920 W. LIBERTY AVE,
                                             ) MONTEBELLO, CA 90640
                                             ) DATE: 7-19-2016
                                             ) TIME: 2:30 PM
                                               COURT ROOM: 1675

MOVANT: PAULINE GUTERRIEZ

My name is Pauline Guterriez, I reside at 920 W. Liberty Ave, Montebello, CA 90640, I have lived there for _40_ years.

I am not a debtor in this case but my home is listed on this bankruptcy as one of their assets , my property address is 920 W. Liberty Ave Montebello, Ca, 90640.  I have been trying to get a loan modification on my home, and it is taking longer than expected but in the mean time they still have a sale date on my property for June 30,2016, at _10:30_ in the Morning. (Ehibit A) . I called the bank to see if I needed to file a chapter 13, to save my home only to be told that they got a relief of stay on my property and a in-rem against my property on the Chapter 7 bankruptcy  case #15-12452-RK filed on 2-18-2016, and the debtor is Chul Hyun Gong dba Pax American Development.

MOTION TO VACATE ORDER FOR RELIFE OF STAY AND IN-REM  ON 2-2-2016
PROPERTY LOCATED AT 920 W. LIBERTY AVE, MONTEBELLO, CA 90640

DATE: 7-19-2016

TIME: 2:30 PM

COURT ROOM: 1675 - 1

1 | I informed them that I didn't know who these people were and why my
2 | property would be on their bankruptcy . This is why I am asking the court to
3 | **Vacate the in-rem** that was placed on my property located at 920 W. Liberty
4 | AVE, Montebello, Ca 90640 issued on 2-16-2016, the moving party **was U.s. Bank**
5 | **NA successor trustee of Bank of America, NA successor in interest to LaSalle**
6 | **Bank NA as trustee on behalf of the holders of the WaMu Mortgage Pass-Through**
7 | **Certificates Series 2007-OA1.**
8 | I Have to file a chapter 13 in which to save my home from being
9 | foreclosed on 6/30/2016, I don't know who this business is I had no knowledge
10 | of my home being on this bankruptcy, I have been trying to modify my home so
11 | I didn't need to file a bankruptcy up until now because the bank is dragging
12 | its feet processing my loan modification and they haven't cancelled my sale
13 | date as of yet so I need to file a chapter 13 to save my home, this is why I
14 | need the in-rem and relief of stay order vacated off my property stated
15 | above.
16 | **I declare under penalty of perjury under the laws of the state of**
17 | **California that the foregoing is true and correct.**

Dated this 29 of June 2016

*Pauline Guterriez*
Pauline Guterriez

MOTION TO VACATE ORDER FOR RELIFE OF STAY AND IN-REM ON 2-2-2016

PROPERTY LOCATED AT 920 W. LIBERTY AVE, MONTEBELLO, CA 90640

DATE: 7-19-2016

TIME: 2:30 PM

COURT ROOM: 1675 - 2

# EXHIBIT A

FOR REFERENCE ONLY

20160648248

Recording requested by:
Quality Loan Service Corp.

When recorded mail to:
Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92101

---

TS No. 230411CA
Order No.: 150057895-CA-VOI

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# NOTICE OF TRUSTEE'S SALE

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED TO THE COPY PROVIDED TO THE MORTGAGOR OR TRUSTOR (Pursuant to Cal. Civ. Code 2923.3)
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 12/13/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 to the Financial Code and authorized to do business in this state, will be held by duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

**BENEFICIARY MAY ELECT TO BID LESS THAN THE TOTAL AMOUNT DUE.**

Trustor(s):         PAULINE P. GUTIERREZ, A WIDOW
Recorded:         12/21/2006 as Instrument No. 06 2841581    of Official Records in the office of the Recorder of LOS ANGELES County, California;

Date of Sale:     6/30/2016 at 10:30AM
Place of Sale:    Near the fountain located at 400 Civic Center Plaza Pomona, California 91766
Amount of unpaid balance and other charges: $718,583.69
The purported property address is:    920 WEST LIBERTY AVENUE, MONTEBELLO, CA 90640
Assessor's Parcel No.: 5293-003-040

TS No.: 230411CA

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call **888-988-6736** for information regarding the trustee's sale or visit this Internet Web site **http://www.qualityloan.com**, using the file number assigned to this foreclosure by the Trustee: **230411CA**. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale.

If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse. If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's Attorney.

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holders right's against the real property only. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Date:

JUN 03 2016

Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92101
619-645-7711 For NON SALE information only
Sale Line: 888-988-6736
Or Login to: http://www.qualityloan.com
Reinstatement Line: (866) 645-7711 Ext 5318

_____
Quality Loan Service Corp. by: Daisy Rios, Assistant Secretary.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Pauline Guterriez<br>920 W. Liberty Ave<br>Montebello, CA 90640<br>949-254-3769<br><br>X  *Individual appearing without attorney*<br>*Attorney for:* |  |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Chul Hyun Gong dba Pax American Development,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 15-12452-rk |
|---|---|
| | CHAPTER: 7 |
| | **NOTICE OF MOTION FOR:**<br>Vacating Order For Relief Of Stay and In-Rem On Property Located at 920 W. Liberty Ave, Montebello, Ca 90640 on 2-2-2016<br><br><br>(***Specify name of Motion***) |
| | DATE: 07/19/2016<br>TIME: 2:30 pm<br>COURTROOM: 1675<br>PLACE: 255 e temple street<br>           Los Angeles, CA |

1. TO (*specify name*): <u>PAULINE GUTERRIEZ</u>

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                        Page 1                            F 9013-1.1.HEARING.NOTICE

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 06/29/2016

PAULINE GUTERRIEZ
Printed name of law firm

*Pauline gutierrez*
Signature

_____
Printed name of attorney

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                              F 9013-1.1.HEARING.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (specify name of motion) Vacating Order For Relief Of Stay and In-Rem On Property Located at 920 W. Liberty Ave, Montebello, Ca 90640 on _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 6/29/16, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

THE WOLF FIRM A LAW CORPORATION

2955 MAIN STREET SECOND FL

IRVINE, CA 92614

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/29/2015 | Bonnie Foote | _Bonnie Foote_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.