Alan Steven Wolf – Bar No. 94665
Caren Jacobs Castle – Bar No. 93888
Daniel K. Fujimoto – Bar No. 158575
The Wolf Firm, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0128
Email: wdk@wolffirm.com

Attorneys for Movant, U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA1

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Chapter: 7 |
| Chul Hyun Gong dba Pax America Development | Case No.: 15-12452 |
| Debtor(s). | **SUPPLEMENTAL PROOF OF SERVICE BY OVERNIGHT MAIL RE: SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO MOTION TO VACATE ORDER FOR RELIEF OF STAY AND OPPOSITION TO MOTION TO VACATE ORDER FOR RELIEF OF STAY AND IN-REM ON 2-2-2016** |
| | Date:        August 2, 2016<br>Time:        11:00AM<br>Courtroom:  1675 |
| | U.S. Bankruptcy Court<br>255 East Temple Street<br>Los Angeles, CA 90012-3332 |

I, Ibania Alvarado-Ayala, declare:

1. I am employed by the law office of THE WOLF FIRM, at 2955 Main Street, Second Floor, Irvine, CA 92614. I am over the age of eighteen and not a party to the within action.

2. On July 28, 2016, I served a copy of the SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO MOTION TO VACATE ORDER FOR RELIEF OF STAY docket #278 and OPPOSITION TO MOTION TO VACATE ORDER FOR RELIEF OF STAY AND IN-REM ON 2-2-2016 docket #255 by overnight mail on the Borrower, Pauline P. Gutierrez at 920 West Liberty Avenue, Montebello, CA 90640.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 28, 2016, at Irvine, California.

Date: July 28, 2016

Respectfully submitted,

THE WOLF FIRM,
A Professional Law Corporation


By: _____
Ibania Alvarado-Ayala

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2955 Main Street, 2nd Floor, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL PROOF OF SERVICE BY OVERNIGHT MAIL RE: SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO MOTION TO VACATE ORDER FOR RELIEF OF STAY AND OPPOSITION TO MOTION TO VACATE ORDER FOR RELIEF OF STAY AND IN-REM ON 2-2-2016** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/28/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*U.S. Trustee: United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*
*Chapter 7 Trustee: Wesley H Avery (TR)    wamiracle6@yahoo.com,*
*waverytrustee@gmail.com;C117@ecfcbis.com;afitzpatricktrustee@gmail.com;lmavyantrustee@gmail.com;ashawtrustee@gmail.com*
*Attorney for Chapter 7 Trustee: Jeffrey L Sumpter    jsumpter@epiqtrustee.com, jsumpter@cbiz.com*

☐ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*) 07/28/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Debtor: Chul Hyun Gong, 2342 Mountain Avenue, La Crescenta, CA 91214  (U.S. Mail)*
*Honorable Robert N. Kwan, Edward R. Roybal Building, 255 East Temple Street, Los Angeles, CA 90012 (U.S. Mail)*

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/28/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Borrower: Pauline P. Gutierrez, 920 West Liberty Avenue, Montebello, CA 90640 (OVERNIGHT MAIL)*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/28/2016 | Ibania Alvarado-Ayala | /s/Ibania Alvarado-Ayala |
|---|---|---|
| Date | Printed Name | Signature |

6401-35003

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**