| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jasmin Yang  #255254<br>Snell & Wilmer L.L.P.<br>350 South Grand Avenue, Suite 2600<br>Los Angeles, California 90071<br>Telephone: 213-929-2500<br>Facsimile: 213-929-2525<br>E-mail: jyang@swlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Bank of America, N.A. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br>CHUL HYUN GONG | CASE NO.: 2:15-bk-12452-RK<br><br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l) (with supporting declarations) (UNLAWFUL DETAINER)** |
| Debtor(s). | DATE: November 22, 2016<br>TIME: 10:30 a.m.<br>COURTROOM: 1675 |

**Movant**: BANK OF AMERICA, N.A.

1. **Hearing Location**:

   ☒ 255 East Temple Street, Los Angeles, CA 90012          ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367     ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys *(if any),* and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1 RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*          Page 1          **F 4001-1.RFS.UD.MOTION**
25088834

4. When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5. If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6. ☒ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d). If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7. ☐ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b). If you wish to oppose this motion, you must file and serve a response no later than (*date*) _____ and (*time*) _____; and, you may appear at the hearing.

   a. ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b. ☐ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c. ☐ An application for order setting hearing on shortened notice was filed and remains pending. After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date: October 28, 2016

Snell & Wilmer L.L.P.
Printed name of law firm (if applicable)

Jasmin Yang
Printed name of individual Movant or attorney for Movant

/s/ Jasmin Yang
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 2                          **F 4001-1.RFS.UD.MOTION**
25088834

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER
## CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY
### (Unlawful Detainer)

**1. Movant is the:**

a. ☒ Owner of the Property
b. ☐ Authorized Agent of the owner of the Property
c. ☐ Other *(specify):*

**2. The Property at Issue (Property):**

Type of Property:   ☐ Residential   ☒ Nonresidential

*Street Address:* 732 East 10th Street
*Unit/Suite Number:* 104
*City, State, Zip Code:* Los Angeles, California 90021

**3. Bankruptcy Case History:**

a. ☒ A voluntary   ☐ An involuntary   petition under chapter   ☒ 7 ☐ 11 ☐ 12 ☐ 13
was filed on *(date):* February 18, 2015

b. ☐ An order to convert this case to chapter   ☐ 7 ☐ 11 ☐ 12 ☐ 13
was entered on *(date):*

c. ☐ A plan was confirmed on *(date):*

**4. Pursuant to 11.U.S.C. § 362(b)(22) and (23) there is no stay because** *(check all that apply):*

a. ☐ Movant commenced an eviction, unlawful detainer action or similar proceeding against the Debtor involving
residential property in which the Debtor resides and:

(1) ☐ The Debtor has not filed and served on Movant the certification required under 11 U.S.C. § 362(l)(1).

(2) ☐ The Debtor or adult dependent of the Debtor has not deposited with the clerk any rent that would become
due during the 30-day period after the filing of the petition.

(3) ☐ The Debtor or adult dependent of the Debtor has not filed and served on Movant the further certification
required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has
been cured.

(4) ☐ Movant filed and served an objection to the Debtor's certification. A copy of the objection is attached as
Exhibit _____. A hearing on this objection is set for *(date)* _____.

**5. Grounds for Relief from Stay:** *(check all that apply)*

a. ☒ Pursuant to 11 U.S.C. § 362(d)(1), cause exists because, as of the bankruptcy petition date, the Debtor had
no right to continued occupancy of the premises, as follows:

(1) ☒ Movant caused a notice to quit to be served on the Debtor.

(2) ☒ An unlawful detainer proceeding was commenced on *(date)* August 15, 2016_____.

(3) ☒ An unlawful detainer judgment was entered on *(date)* October 21, 2016 (not against Debtor)_____.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

(4) ☐ Movant acquired title to the Property by foreclosure sale before the bankruptcy petition was filed and recorded the deed within the period provided by state law for perfection.

(5) ☒ Movant acquired title to the Property by foreclosure sale after the bankruptcy petition was filed and recorded the deed within the period provided by state law for perfection.

b. ☒ Pursuant to 11 U.S.C. § 362(d)(1) the Debtor's right to possession should be terminated because *(check all that apply)*:

(1) ☐ The lease or other right of occupancy expired by its terms on *(date)* _____.

(2) ☒ The lease has matured, been rejected or deemed rejected by operation of law on *(date)* existed._____. No lease ever

(3) ☐ Lease payments have not been made after the filing of the bankruptcy petition.

(4) ☐ An unlawful detainer action was filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant filed and served upon the Debtor a certification that ☐ such an action was filed or ☐ that within the 30 days preceding the certification, the Debtor has endangered the subject Property or illegally allowed the use of controlled substances on the Property. A copy of Movant's certification is attached as Exhibit _____. The Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of the Debtor's objection, if any, is attached as Exhibit _____. A hearing on this objection is set for *(date)* _____.

(5) ☐ The bankruptcy case was filed in bad faith:

(A) ☐ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

(B) ☐ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

(C) ☐ The Debtor filed only a few case commencement documents. No schedules or statement of financial affairs (or chapter 13 plan, if appropriate) has been filed.

(D) ☐ There was a recent transfer of all or part ownership of, or other interest in the Property without the consent of the Movant or court approval.

c. ☒ Pursuant to 11 U.S.C. § 362(d)(2)(A), the Debtor has no equity in the Property; and pursuant to 11 U.S.C. § 362(d)(2)(B), the Property is not necessary to an effective reorganization.

6. **Grounds for Annulment of the Stay.** Movant took postpetition actions against the Property or the Debtor:

a. ☒ These actions were taken before Movant knew the bankruptcy petition was filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.

c. ☒ Other: Movant acquired the Property at a nonjudicial foreclosure sale and filed an unlawful detainer complaint on August 15, 2016 to evict the holdover borrowers from the Property. The unlawful detainer case is pending before the Los Angeles County Superior Court ("State Court") at Case No. 16U09271 before Department 94. Trial was set for October 21, 2016. On October 19, 2016, Movant discovered that the Debtor (who is not a holdover borrower) had filed a Prejudgment Claim of Right to Possession with respect to the Property, but had not filed a timely response to the complaint. Movant filed a request for entry of default against the Debtor. Neither the holdover borrowers nor the Debtor have any contractual or equitable right to possession of the Property (there is no lease as these are holdover borrowers post-foreclosure). The Property is not mentioned on the Debtor's schedules. The Debtor's filing of a Prejudgment Claim of Right to Possession, having no legal, contractual, or equitable claim to possession of the Property, appears to have been done solely to delay the unlawful detainer trial. Judgment in the unlawful detainer was entered against borrowers on October 21, 2016, and the case is pending as to Debtor.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

7. **Evidence in Support of Motion:**  *(Important Note: Declaration(s) in support of the Motion MUST be signed under penalty of perjury and attached to this motion.)*

    a.  The UNLAWFUL DETAINER DECLARATION on page 7.

    b.  ☒  Supplemental declaration(s).

    c.  ☐  Other *(specify):*

**Movant requests the following relief.**

1. Relief from stay pursuant to:  ☒ 11 U.S.C. § 362(d)(1)  ☒ 11 U.S.C. § 362(d)(2)

2. ☒  Movant (and any successors or assigns) may proceed under applicable nonbankruptcy law to enforce its remedies to obtain possession of the Property.

3. ☒  Confirmation that there is no stay in effect.

4. ☒  The stay is annulled retroactive to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the Property shall not constitute a violation of the stay.

5. ☐  The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

6. ☒  The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

7. ☒  A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing of this motion:
   ☒  without further notice.
   ☐  upon recording of a copy of the order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

8. ☐  Relief from stay is granted under 11 U.S.C. § 362(d)(4), if the order granting this motion is recorded in compliance with state laws governing notices of interest or liens in real property, the order is binding in any other case under this title purporting to affect the Property filed not later than two years after the date of entry of such order, except that a debtor in a subsequent case under this title may move for relief from the order based upon changed circumstances or for good cause shown, after notice and a hearing.

9. ☒  The order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion:
   ☒  without further notice.
   ☐  upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

10. ☒  The order is binding in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of such order, except that a debtor in a subsequent case may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing.

11. ☒  The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 5                                    **F 4001-1.RFS.UD.MOTION**
25088834

12. ☐ If relief from stay is not granted with respect to the Property because the Property is the subject of a lease that may be assumable;

    a. ☐ Establishment of a deadline for assumption or rejection of the lease.

    b. ☐ Adequate protection in the form of regular payments at the lease rate from petition date until assumption or rejection of the lease.

13. ☐ Other relief requested.

Date: October 28, 2016

                                           Snell & Wilmer L.L.P.
                                           Print name of law firm *(if applicable)*

                                           Jasmin Yang
                                           Print name of individual Movant or attorney for Movant *(if applicable)*

                                           /s/ Jasmin Yang
                                           Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*
25088834
Page 6
F 4001-1.RFS.UD.MOTION

# UNLAWFUL DETAINER DECLARATION

I, (name of declarant) Eric Forsberg _____, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age.   I have knowledge regarding Movant's interest in the Property because (specify):

   a. ☐ I am the Movant and owner of the Property.

   b. ☐ I manage the Property as the authorized agent for the Movant.

   c. ☒ I am employed by Movant as (title and capacity): Senior Vice President and Asset Manager

   d. ☐ Other (specify):

2. a. ☒ I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the rental of this Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

   b. ☐ Other (see attached):

3. The Property is:

   ☐ Residential ☒ Nonresidential

   Street Address: 732 East 10th Street
   Unit/Suite Number: 104
   City, State, Zip Code: Los Angeles, California 90021

4. Movant is the ☒ legal owner of the Property, or ☐ the owner's legally authorized agent. A true and correct copy of the trustee's deed upon sale, lease, rental agreement, or other document evidencing Movant's interest in the Property is attached as Exhibit 1. A true and correct copy of the applicable document establishing Movant's authority as agent for the owner is attached as Exhibit _____.

5. The Debtor asserts a possessory interest in the Property based upon:

   (1) ☐ a month-to-month tenancy

   (2) ☐ a lease that is in default

   (3) ☐ after a foreclosure sale that was held on (date): _____.

   (4) ☒ other (specify): Debtor filed a Prejudgment Claim of Right to Possession in unlawful detainer case.

6. The Debtor failed to pay:

   a. ☐ The monthly rent of $ _____ beginning on (date): _____.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                        Page 7                                   F 4001-1.RFS.UD.MOTION
25088834

b.  ☐ Other obligations including:

   (1) ☐ Common area maintenance charges

   (2) ☐ Property taxes

   (3) ☐ Other obligations *(specify):*

7.  Procedural status

a.  ☒ The lease matured or was rejected on *(date)* <u>No lease existed.</u>    :

   (1) ☐ by operation of law.

   (2) ☐ by order of the court.

b.  ☒ Movant caused a notice to quit to be served upon the Debtor on *(date)* <u>August 9, 2016</u>    , and a true and correct copy is attached as Exhibit <u>2</u>.

c.  ☐ Before the bankruptcy petition was filed:

   (1) ☐ Movant filed a complaint for unlawful detainer against the Debtor on *(date)* _____, and a true and correct copy is attached as Exhibit _____.

   (2) ☐ Trial was held on *(date)*_____.

   (3) ☐ Trial was continued to *(date)* _____.

   (4) ☐ An unlawful detainer judgment against the Debtor was entered on the complaint for unlawful detainer on *(date)* _____, and a true and correct copy is attached as Exhibit _____.

   (5) ☐ A writ of possession for the Property was issued on *(date)* _____, and a true and correct copy is attached as Exhibit _____.

d.  After the bankruptcy petition was filed:

   (1) ☐ The Debtor has not filed and served on the Movant the certification required under 11 U.S.C. § 362(l)(1).

   (2) ☐ The Debtor or adult dependent of the Debtor has not deposited with the clerk any rent that would become due during the 30-day period after the filing of the bankruptcy petition.

   (3) ☐ The Debtor or adult dependent of the Debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

   (4) ☐ The Debtor filed and served on the Movant the certification required under 11 U.S.C. § 362(d)(1).

      (A) ☐ Movant filed and served an objection a copy of which is attached as Exhibit _____. A hearing on this objection is set for *(date)* _____

      (B) ☐ Movant has not filed and served an objection.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                          Page 8                          **F 4001-1.RFS.UD.MOTION**
25088834

(5) ☐ An unlawful detainer action was filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant has filed a certification that ☐ such action was filed or ☐ that the Debtor has endangered the Property within 30 days preceding the certification or allowed the illegal use of controlled substances on the Property. A copy of Movant's certification is attached hereto as Exhibit _____. The Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of the Debtor's objection, if filed, is attached as Exhibit _____. A hearing on this objection is set for:

(6) ☐ Regular lease payments have not been made after the bankruptcy petition was filed.

8. ☒ The Debtor does not have an interest in the Property that could be assumed or assigned under 11 U.S.C. § 365.

9. ☒ The Property is not necessary to an effective reorganization because it is:

a. ☐ Residential, and is not producing income for the Debtor.

b. ☒ Commercial, but no reorganization is reasonably in prospect.

c. ☐ No longer property of the estate.

d. ☒ Other *(specify):* This is a Chapter 7 case. Moreover, the Debtor is not the lessee of the Property (no lease exists as this is a post-foreclosure holdover borrower situation and the Debtor is not even the borrower) and the Property is not mentioned anywhere on the Debtor's schedules. The Debtor has no interest in the Property.

10. ☒ The bankruptcy case was filed in bad faith:

a. ☐ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

b. ☐ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

c. ☐ The Debtor filed only a few case commencement documents. Schedules and a statement of financial affairs (or chapter 13 plan, if appropriate) have not been filed.

d. ☒ Other *(specify):* Despite having no interest in the Property and not mentioning the Property on his schedules, the Debtor filed a Prejudgment Claim of Right to Possession in Movant's pending unlawful detainer case. The Debtor is not even Movant's borrower and appears to have no claim or relation to the Property. The Prejudgment Claim of Right to Possession appears to have been filed solely to delay the unlawful detainer trial.

11. ☐ The filing of the bankruptcy petition was part of a scheme to delay, hinder or defraud creditors that involved:

a. ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval. See attached continuation page of facts establishing the scheme.

b. ☐ Multiple bankruptcy cases affecting the Property include:

(1) Case name: _____

Chapter: _____   Case number: _____

Date filed: _____   Date discharged: _____   Date dismissed: _____

Relief from stay regarding the Property ☐ was ☐ was not granted.

(2) Case name: _____

Chapter: _____   Case number: _____

Date filed: _____   Date discharged: _____   Date dismissed: _____

Relief from stay regarding the Property ☐ was ☐ was not granted.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

(3) Case name: _____

    Chapter: _____   Case number: _____

    Date filed: _____   Date discharged: _____   Date dismissed: _____

    Relief from stay regarding the Property  ☐ was  ☐ was not granted.

    ☐ See attached continuation page for information about other bankruptcy cases affecting the Property.

    ☐ See attached continuation page for additional facts establishing that the multiple bankruptcy cases were part of a scheme to delay, hinder, or defraud creditors.

12. ☒ Enforcement actions taken after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

   a. ☒ These actions were taken before Movant knew the bankruptcy petition was filed, and Movant would have been entitled to relief from stay to proceed with these actions.

   b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.

   c. ☒ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| _10/25/16_ | Eric Forsberg | _[signature]_ |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1  Jasmin Yang (#255254)
   SNELL & WILMER L.L.P.
2  600 Anton Blvd., Suite 1400
   Costa Mesa, CA 92626
3  Telephone: (714) 427-7414
   Facsimile: (714) 427-7799
4  Email: jyang@swlaw.com

5

   *Attorneys for Movant*
6  BANK OF AMERICA, N.A.

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                 **LOS ANGELES DIVISION**

11
   In re:                          Case No. 2:15-bk-12452-RK
12
                                   Chapter 7 Case
13 CHUL HYUN GONG
                                   SUPPLEMENT TO DECLARATION OF
14                                 ERIC FORSBERG
              Debtor.
15                                 Hearing Information:

16                                 Date: November 22, 2016
                                   Time: 10:30 a.m.
17                                 Courtroom: 1675

18

19
       I, Eric Forsberg, being first duly sworn upon oath, supplement my Unlawful
20
   Detainer Declaration filed concurrently herewith, and state as follows:
21
       1.     Bank of America, N.A. ("Movant") is the current owner of the real property
22
   located at 732 East 10th Street, Unit 104, Los Angeles, California 90021 (the "Property").
23
       2.     On or about July 31, 2013, Movant made a loan to Brian Moon and
24
   Michelle Kee Soon Youn (now known as Michelle Moon) (hereinafter collectively
25
   referred to as the "Borrowers"), secured by a deed of trust on the Property. The
26
   Borrowers defaulted under the loan, and Movant acquired title to the Property following a
27

28
                                          **SUPPLEMENT TO DECLARATION OF
                                                    ERIC FORSBERG**

SNELL & WILMER
L.L.P.
600 ANTON BLVD., SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

1  nonjudicial foreclosure sale on May 26, 2016.  A true and correct copy of the Trustee's

2  Deed Upon Sale is attached to this Declaration as Exhibit 1.

3      3.      Following May 26, 2016, the Borrowers continued to occupy the Property

4  following the nonjudicial foreclosure sale and the transfer of title to Movant.  Because this

5  is a holdover borrower situation following a foreclosure sale, there is no lease at issue and

6  Borrower has no contractual, legal, or equitable right to occupy the Property.

7      4.      On August 9, 2016, Movant served the Borrowers and all other persons

8  occupying the Property with a three day notice to quit (the "3 Day Notice").  A true and

9  correct copy of the 3 Day Notice attached hereto as Exhibit 2.

10     5.      Despite expiration of the three day period, the Borrowers continued to

11  occupy the Property.

12     6.      On August 15, 2016, Movant filed an unlawful detainer action with the Los

13  Angeles County Superior Court (the "State Court") at Case No. 16U09271.  The trial on

14  the unlawful detainer action was set in the State Court for October 21, 2016.

15     7.      On or about August 17, 2016, Movant served a Prejudgment Claim of Right

16  to Possession at the Property with a copy of the summons and complaint.  A true and

17  correct copy of the proof of service for this service is attached as Exhibit 3.

18     8.      Movant was informed that on or about September 15, 2016, the Debtor filed

19  a Prejudgment Claim of Right to Possession.  Movant did not discover that the

20  Prejudgment Claim of Right to Possession was filed until October 19, 2016.  A true and

21  correct copy of this Prejudgment Claim of Right to Possession is attached as Exhibit 4.

22     8.      On October 19, 2016, Movant filed a Request for Entry of Default as to the

23  Debtor, because the Debtor had not filed an Answer to the unlawful detainer complaint

24  with the State Court.

25     9.      On October 20, 2016, the Debtor filed a Notice of Bankruptcy Stay in the

26  State Court.

27     10.     The Debtor's Schedules, Statement of Financial Affairs, Amended

28  Schedules, Second Amended Schedules, and re-filed Schedule A/B (Docket Nos. 1, 40,

SNELL & WILMER
L.L.P.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

- 2 -

SUPPLEMENT TO DECLARATION OF
ERIC FORSBERG

25088947

1  155, and 204) make no mention whatsoever of the Property.  The Debtor appears to have

2  no interest in the Property.  There is no lease that exists on the Property.  The Property is

3  owned by the Movant.  It is unclear what relation, if any, the Debtor has to the Borrowers.

4  The Debtor has no equity, and no legal, contractual, or equitable right to the Property.

5        11.    The Prejudgment Claim of Right to Possession appears to have been filed by

6  the Debtor in an effort to delay the State Court unlawful detainer proceedings.

7        12.    On October 21, 2016, the State Court held the unlawful detainer trial.  The

8  Borrowers did not appear, and the State Court conducted a prove-up hearing with respect

9  to the Borrowers, and entered judgment against them.  The case is still pending as to the

10  Debtor and any other non-defendant occupants of the Property.

11        13.    Movant requests relief from stay as to the Debtor so that it may proceed

12  with its unlawful detainer action as to the Debtor and evict any persons claiming a right to

13  possession to the Property.  Additionally, Movant requests annulment of the stay with

14  respect to post-petition actions it took with respect to the Debtor, as Movant did not even

15  know of the Debtor's existence or that the Debtor asserted any rights to the Property until

16  October 19, 2016.

17       I verify under penalty of perjury under the laws of the United States that the

18  foregoing statements are true and correct to the best of my information, knowledge, and

19  belief.

20

21  Dated: October 25, 2016.

22                       Eric Forsberg

23

24

25

26

27

28

SNELL & WILMER
L.L.P.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

- 3 -

**SUPPLEMENT TO DECLARATION OF
ERIC FORSBERG**

25088947

# EXHIBIT 1

RECORDING REQUESTED BY:
Old Republic Title Company

AND WHEN RECORDED TO:
Bank of America, N.A.
Mail: CA9-702-03-93
101 S. Marengo Ave., 3rd Floor
Pasadena, CA 91101-2428

Forward Tax Statements to
the address given above

WE HEREBY CERTIFY THIS TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
DOCUMENT RECORDED.
                    5-31-16
SERIES #  2016061776
OF OFFICIAL RECORDS.
        Los Angeles _____ COUNTY
        OLD REPUBLIC TITLE CO.
BY _____

SPACE ABOVE LINE FOR RECORDER'S USE

TS #: 0125001617
Loan #: 16-1246430-281

# TRUSTEE'S DEED UPON SALE

A.P.N.: 5132-011-249          Transfer Tax: **$0.00**
THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE,
SECTION 480.3
The Grantee Herein was the Foreclosing Beneficiary and this is a first deed of trust.
The Amount of the Unpaid Debt was **$1,513,285.13**
The Amount Paid by the Grantee was **$1,513,285.13**
Said Property is in the City of **Los Angeles**, County of **Los Angeles**

**Old Republic Title Company, a California corporation,** as Trustee, (whereas so designated in the Deed of Trust
hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**Bank of America, N.A.**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed
to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **Los
Angeles**, State of California, described as follows:

**See Exhibit "A" attached**

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **Brian Moon
and Michelle Kee Soon Youn** as Trustor, dated **7/31/2013** of the Official Records in the office of the Recorder of
Los Angeles, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as
the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and
Election to Sell under the Deed of Trust recorded on **8/2/2013**, instrument number **20131138007**, of official records.
Trustee having complied with all applicable statutory requirements of the State of California and performed all duties
required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its
recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each
person entitled to notice in compliance with California Civil Code 2924b.

# TRUSTEE'S DEED UPON SALE

TS #: 0125001617
Loan #: 16-1246430-281

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **5/26/2016**. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being **$1,519,285.13** in lawful money of the United States, in pro per, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **Old Republic Title Company, a California corporation**, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws.

Date: **5/26/2016**

Old Republic Title Company, as Trustee

By: _____
Debbie Jackson, Vice President

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF California
COUNTY OF Contra Costa

On 5/27/2016 before me, B Spadoni Notary Public, personally appeared, **Debbie Jackson** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
B Spadoni

(Seal)

B. SPADONI
Commission # 2107280
Notary Public - California
Contra Costa County
My Comm. Expires May 12, 2019

EXHIBIT "A"

PARCEL 1:

AN UNDIVIDED 1/9 INTEREST IN AND TO LOT 1 OF TRACT NO. 71224, IN THE CITY OF LOS
ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN
BOOK 1364, PAGE 99 AND 100 OF MAPS, IN THE OFFICE OF COUNTY RECORDER OF SAID
COUNTY.

EXCEPT THEREFROM UNITS 101 THROUGH 109, INCLUSIVE, AS SHOWN AND DEFINED ON THE
CONDOMINIUM PLAN RECORDED JANUARY 5, 2011 AS INSTRUMENT NO. 2011-0019012,
OFFICIAL RECORDS.

PARCEL 2:

UNIT 104 AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN ABOVE MENTIONED.

# EXHIBIT 2

# THREE (3) DAY NOTICE TO QUIT

From:  **Bank of America, N.A.**
       **333 S. Hope Street, 14th Floor**
       **Los Angeles, California 90071**
       **(213) 621-7555**

To:    **Brian Moon; Michelle Moon, also known as Michelle Kee Soon Youn; and Any**
       **Others In Possession Of The Commercial Real Property Commonly Known as 732**
       **East 10th Street, Unit 104,  Los Angeles, California 90021 (the "PREMISES")**

Within three (3) days after the service on you of this Notice, you must VACATE and DELIVER
POSSESSION of the above described PREMISES to the undersigned.  Your failure to VACATE
and DELIVER POSSESSION of the PREMISES within three (3) days will cause the
undersigned to institute legal proceedings against you to obtain possession of the PREMISES
and recover damages and costs of suit.

The reason for service of this Notice is your improper possession of the PREMISES following
the undersigned's acquisition of title to the PREMISES pursuant to a non-judicial foreclosure
sale of the PREMISES on May 26, 2016 (the "Foreclosure Sale").  Any interest you had in the
PREMISES was terminated by the Foreclosure Sale.

Executed this 8th day of August, 2016


**BANK OF AMERICA, N.A.**



By: _____
    Eric Forsberg, Senior Vice President

SNELL & WILMER L.L.P.
600 ANTON BLVD., SUITE 1400   COSTA MESA, CA 92626

## PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below as indicated:

THREE (3) DAY NOTICE TO QUIT

The above described Notice (s) were served on the following named parties in the manner set forth below:

NAME OF OCCUPANT:   BRIAN MOON

PERSON LEFT WITH:   ANGIE LEE - EMPLOYEE

DATE OF SERVICE:   August 9, 2016
TIME OF SERVICE:   12:12 pm

ADDRESS OF PROPERTY:   732 EAST 10TH STREET, UNIT 104
LOS ANGELES, CA 90021
(BUSINESS)

☐ 1. PERSONAL SERVICE        By delivering a copy of the Notice(s) on the above named occupant(s)

☒ 2. CONSTRUCTIVE SERVICE   After due and diligent effort, by service of said Notice(s) as authorized by C.C.P.
Section 1162 (2,3) on each of the above named parties by serving Angie Lee and also in the
manner set forth below.

XX Substituted Service - By leaving the copies with or in the presence of ANGIE LEE a person at least 18 years of age
apparently in charge at the office or usual place of business of the person served.  I informed him/her of the
general nature of the papers; and thereafter mailing a copy to each said party by depositing said copies in the
United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place
where the property is situated on August 9, 2016, from LOS ANGELES, CA.

Fee for Service:
NATIONWIDE LEGAL   County: LOS ANGELES
Registration No.: 2014-037194
Nationwide Legal, LLC  (12-234648)
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
Ref: 26226.00120

I declare under penalty of perjury under the laws of The
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on August 9, 2016.

Signature: _____
JEFFREY ALAN LOPEZ

## PROOF OF SERVICE

SNELL & WILMER L.L.P.
600 ANTON BLVD., SUITE 1400   COSTA MESA, CA 92626

## PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below as indicated:

THREE (3) DAY NOTICE TO QUIT

The above described Notice (s) were served on the following named parties in the manner set forth below:

NAME OF OCCUPANT:   MICHELLE MOON, ALSO KNOWN AS MICHELLE KEE SOON YOUN

PERSON LEFT WITH:   ANGIE LEE - EMPLOYEE

DATE OF SERVICE:   August 9, 2016
TIME OF SERVICE:   12:12 pm

ADDRESS OF PROPERTY:   732 EAST 10TH STREET, UNIT 104
LOS ANGELES, CA 90021
(BUSINESS)

☐ 1. PERSONAL SERVICE          By delivering a copy of the Notice(s) on the above named occupant(s)

☒ 2. CONSTRUCTIVE SERVICE      After due and diligent effort, by service of said Notice(s) as authorized by C.C.P.
                                Section 1162 (2,3) on each of the above named parties by serving Angie Lee and also in the
                                manner set forth below.

XX Substituted Service - By leaving the copies with or in the presence of ANGIE LEE a person at least 18 years of age
apparently in charge at the office or usual place of business of the person served. I informed him/her of the
general nature of the papers; and thereafter mailing a copy to each said party by depositing said copies in the
United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place
where the property is situated on August 9, 2016, from LOS ANGELES, CA.

Fee for Service:
NATIONWIDE   County: LOS ANGELES
LEGAL        Registration No.: 2014-037194
             Nationwide Legal, LLC  (12-234648)
             200 W. Santa Ana Blvd., Suite 300
             Santa Ana, CA 92701
             (714) 558-2400
             Ref: 26226.00120

I declare under penalty of perjury under the laws of The
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on August 9, 2016.

Signature: _____
            JEFFREY ALAN LOPEZ

---

## PROOF OF SERVICE

SNELL & WILMER L.L.P.
600 ANTON BLVD., SUITE 1400   COSTA MESA, CA 92626

PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below as indicated:

THREE (3) DAY NOTICE TO QUIT

The above described Notice (s) were served on the following named parties in the manner set forth below:

NAME OF OCCUPANT:   ANY OTHERS IN POSSESSION

PERSON LEFT WITH:   ANGIE LEE  - EMPLOYEE

DATE OF SERVICE:   August 9, 2016
TIME OF SERVICE:   12:12 pm

ADDRESS OF PROPERTY:   732 EAST 10TH STREET, UNIT 104
LOS ANGELES, CA 90021
(BUSINESS)

☐ 1. PERSONAL SERVICE          By delivering a copy of the Notice(s) on the above named occupant(s)

☒ 2. CONSTRUCTIVE SERVICE     After due and diligent effort, by service of said Notice(s) as authorized by C.C.P.
Section 1162 (2,3) on each of the above named parties by serving Angie Lee and also in the
manner set forth below.

XX Substituted Service - By leaving the copies with or in the presence of ANGIE LEE a person at least 18 years of age
apparently in charge at the office or usual place of business of the person served.  I informed him/her of the
general nature of the papers.

XX By posting a copy for each of the above named parties on August 9, 2016 at 12:12 pm in a conspicuous place on the
property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed
envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on August
9, 2016, from LOS ANGELES, CA.

Fee for Service:
NATIONWIDE   County: LOS ANGELES
LEGAL        Registration No.: 2014-037194
             Nationwide Legal, LLC  (12-234648)
             200 W. Santa Ana Blvd., Suite 300
             Santa Ana, CA 92701
             (714) 558-2400
             Ref: 26226.00120

I declare under penalty of perjury under the laws of The
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on August 10, 2016.

Signature: _____
                    JEFFEREY ALAN LOPEZ

**PROOF OF SERVICE**

98□□:□/23□[New July 1, 1987]                                                     Order#: 2670840CA/NTQ

# EXHIBIT 3

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | CONFORMED COPY |
|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*
Lyndsey Torp, 261734
Snell & Wilmer
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-7689

TELEPHONE NO.: (714) 427-7000 Ext 7434

Ref. No. or File No. 26226.00120

ATTORNEY FOR *(Name):* Plaintiff

**CONFORMED COPY**
**~ORIGINAL FILED**
~uperior Court of California
County of Los Angeles

**OCT 11 2016**

Sherri R. Carter, Executive Officer/Clerk
By: Glorietta Robinson, Deputy

Insert name of court, judicial district or branch court, if any:

Central District

Short Title of Case: Bank of America, N.A.
vs. Brian Moon, et al.

**PROOF OF SERVICE**
**(Prejudgment Claim)**

CASE NUMBER: 16U09271 *194*

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of the following: Summons - Unlawful Detainer, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum and Statement of Location, Verified Complaint for Unlawful Detainer, Property Owner/Landlord Only Hearing Notice, General Order, Prejudgment Claim of Right to Possession

2. a. Party served  Others in Possession

   b. Person served: Angie Lee - Staff - Person In Charge Of Office

   c. date: 08/17/2016

   d. time: 4:26PM

   e. address: 732 East 10th Street, Unit 104
   Los Angeles, CA 90021

**BY FAX**

4. I served the party named in Item 2 by:

   SUBSTITUTION SERVICE:  By leaving copies with or in the presence of a competent member of the household at least 18 years of age at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers, and thereafter POSTING in accordance with CCP 415.46 at the address served at AND mailed addressed to the within named defendant in care of the defendant named on Summons (Unlawful Detainer) at the address where the defendant named on the Summons (Unlawful Detainer) at the address where the Summons and Complaint for Unlawful Detainer was posted. (CCP 415.46)

   Date Copies Mailed: 08/17/2016

   From: Los Angeles

5. The "NOTICE TO THE PERSON SERVED" on the Summons was completed as follows:

   As an Individual Defendant under CCP 415.46 (Prejudgment) -To all occupants in care of the named defendant

6. Person serving *(name, address, and telephone number):*

   Jimmy Lizama
   One Legal - 194-Marin
   504 Redwood Blvd #223
   Novato, CA 94947

   a. Fee for service: $ 146.65
   d. Registered California process server.
      (1) Employee or independent contractor
      (2) Registration No.: 4553
      (3) County: Los Angeles

7. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 10/10/2016

Jimmy Lizama

| Comply with Judicial Form Rule 982(a)(23) | **PROOF OF SERVICE**<br>**(Prejudgment Claim)** | Code of Civil Procedure § 417.10 |
|---|---|---|

OL# 10486816

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Lyndsey Torp, 261734<br>Snell & Wilmer<br>600 Anton Blvd.<br>Costa Mesa, CA 92626-7689 | (714) 427-7000 Ext 7434 | |

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No. **26226.00120**

Insert name of court, judicial district or branch court, if any:

Central District
111 N. Hill Street
Los Angeles, CA 90012-3117

PLAINTIFF:

Bank of America, N.A.

DEFENDANT:

Brian Moon, et al.

| DECLARATION OF<br>DILIGENCE | | | | CASE NUMBER:<br>16U09271 |
|---|---|---|---|---|

I received the within process on 8/17/2016 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: Others in Possession

(1)Business: 732 East 10th Street, Unit 104, Los Angeles, CA 90021

# BY FAX

As enumerated below:

On 8/17/2016 4:26:00 PM at address (1) above. Attempted to ascertain whether other occupants at Property that are not named as defendants. I asked person in charge, Angie Lee, if there where any other occupants at this location. To which Angie Lee replied, "no." Service was effected on Angie Lee - Staff (Asian/Female/5'5"/120lbs/20's/brnhair/ltbrneyes/accent)

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 08/22/2016 at Los Angeles, California.

Registered California process server.
County: Los Angeles
Registration No.: 4553
Jimmy Lizama
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

OL # 10486816

# **EXHIBIT 4**

CP10.5

NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM
IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form, you may be evicted without further hearing by the court along with
   the persons named in the Summons and Complaint.

2. You must file this form within 10 days of the date of service listed in the box on the right hand side of this form.
   • **Exception:** If you are a tenant being evicted after your landlord lost the property to foreclosure, the 10-day deadline does not
     apply to you and you may file this form at any time before judgment is entered

3. If you file this form, your claim will be determined in the eviction action against the persons named in the complaint.

4. If you do not file this form, you may be evicted without further hearing

5. If you are a tenant being evicted due to foreclosure, you have additional rights and should seek legal advice immediately.

| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address)*    TELEPHONE NO | |
|---|---|
| Chul Hyun Gong<br>732 East 10th Street, Unit 104<br>Los Angeles, CA 90021 | Filed in Forma Pauperis (FRCP s. 50, et seq.) per order<br>dated: **SEP 1 5 2016** FOR COURT USE ONLY<br><br>Amount recoverable pursuant to GC §6863 $___<br>Plus a one-time administrative fee upon judgment if the<br>party becomes a judgment creditor (GC §61035, 68521)<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>SEP 15 2016<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By _Dialyn_ , Deputy<br>Diana Salazar |
| ATTORNEY FOR *(Name)* | |
| **NAME OF COURT:** Stanley Mosk Courthouse<br>STREET ADDRESS: 111 North Hill Street<br>MAILING ADDRESS: Same<br>CITY AND ZIP CODE: Los Angeles, 90012<br>BRANCH NAME: Stanley Mosk Courthouse | |

Plaintiff: Bank of America, N.A., a national banking association

Defendant: Brian Moon, an individual; Michelle Yoon, also known as Michelle Kee Soon

| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER:<br>16U09271 |
|---|---|
| **Complete this form only if ALL of these statements are true:**<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the subject premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is in the accompanying Summons and Complaint.)<br>3. You still occupy the subject premises. | *(To be completed by the process server)*<br>DATE OF SERVICE:<br>*(Date that form is served or delivered, posted, and mailed by the officer or process server)* |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify):* Chul Hyun Gong

2. I reside at *(street address, unit no., city and ZIP code):*
   137 N Larchmont Blvd #607
   Los Angeles, CA 90004

3. The address of "the premises" subject to this claim is *(address):*

   732 East 10th Street, Unit 104, Los Angeles, CA 90021

4. On *(insert date):* 8/15/2016                          , the landlord or the landlord's authorized agent filed a complaint to recover
   possession of the premises. *(This date is in the accompanying Summons and Complaint.)*

5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever
   since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of   $435.00          or file with the court an
    "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court
    fees, I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

CP10.5 [Rev. June 15, 2015]                    **PREJUDGMENT CLAIM OF RIGHT**
**TO POSSESSION**

Code of Civil Procedure, §§ 415.46,
715.010, 715.020, 1174.25

ENTERED

SEP 16 2016

#4

CP10.5

| Plaintiff: | Bank of America, N. A., a national banking association | CASE NUMBER |
|---|---|---|
| Defendant: | Brian Moon, an individual; Michelle Yoon, also known as Michelle Kee Soon | 16U09271 |

11. If my landlord lost this property to foreclosure, I understand that I can file this form at any time before judgment is entered, and that I have additional rights and should seek legal advice.

12. I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

> **NOTICE: If you fail to file this claim, you may be evicted without further hearing.**

13. **Rental agreement.** I have *(check all that apply to you)*:

   a. [ x ] an oral or written rental agreement with the landlord.

   b. [   ] an oral or written rental agreement with a person other than the landlord.

   c. [   ] an oral or written rental agreement with the former owner who lost the property to foreclosure.

   d. [   ] other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> **WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date: 9-12-16

Chul Hyun Gong
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF CLAIMANT)

> **NOTICE:** If you file this claim to possession, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

### — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE if all the following are true:**

   **1. You are NOT named in the accompanying Summons and Complaint.**

   **2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.**

   **3. You still occupy the premises.**

You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the form) at the court where the unlawful detainer (eviction) complaint was filed. If you are a tenant and your landlord lost the property you occupy through foreclosure, this 10-day deadline does not apply to you. You may file this form at any time before judgment is entered. You should seek legal advice immediately.

If you do not complete and submit this form (and pay a filing fee or file a fee waiver form if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you may be evicted without a hearing.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
350 S. Grand Avenue, Suite 2600, Los Angeles, California  90071

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l) (with supporting declarations) (UNLAWFUL DETAINER)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* October 28, 2016        , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Lusine Ajdaharian    lucy.ajdaharian@gmail.com, dlchau3@gmail.com
- Wesley H Avery (TR)    wes@averytrustee.com, C117@ecfcbis.com; lucy@averytrustee.com; alana@averytrustee.com;alexandria@averytrustee.com
- Caren J Castle    wdk@wolffirm.com, wdk@wolffirm.com
- Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- Mark T. Domeyer    mdomeyer@denleyinvestment.com
- Mark D Estle    mark.estle@buckleymadole.com
- Brandye N Foreman    cdcaecf@bdfgroup.com
- Daniel K Fujimoto    wdk@wolffirm.com
- Nichole Glowin    nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- Toriana S Holmes    tsh@severson.com
- Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Asya Landa    cmartin@pralc.com
- Angie M Marth    amarth@logs.com, ssali@logs.com
- Erin M McCartney    bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com
- William F McDonald    Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- Marisol A Nagata    cdcaecf@bdfgroup.com
- Christina J O    christinao@mclaw.org, erica@mclaw.org
- Sonia A Plesset    splesset@ghidottilaw.com
- Cassandra J Richey    cmartin@pralc.com
- Edward G Schloss    egs2@ix.netcom.com
- Joon W Song    jsong@thesonglawgroup.com
- Jeffrey L Sumpter    jsumpter@epiqtrustee.com, jsumpter@cbiz.com
- Brian H Tran    bankruptcy@zievelaw.com
- Edward A Treder    cdcaecf@bdfgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Melissa A Vermillion    cmartin@pralc.com
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Gilbert B Weisman    notices@becket-lee.com
- Gilbert R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On *(date)* October 28, 2016        , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor
Chul Hyun Gong
2342 Mountain Ave

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                   Page 11                                   **F 4001-1.RFS.UD.MOTION**
25088834

La Crescenta, CA 91214

Chapter 7 Trustee
Wesley H Avery (TR)
758 E. Colorado Blvd., Suite 210
Pasadena, CA 91101

Counsel for Chapter 7 Trustee
Jeffrey L Sumpter
CBIZ Valuation Group LLC
3101 N Central Ave Ste 300
Phoenix, AZ 85012

U.S. Trustee
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Louis Frasco
Raford Management Co., Inc
6345 Balboa Blvd Ste 312
Encino, CA 91316

Chul Hyun Gong
2342 Mountain Ave
La Crescenta, CA 91214

Pauline Guterrez
920 W. Liberty Ave.
Montebello, CA 90640

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>October 28, 2016</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Hon. Robert N. Kwan (Via Overnight Mail)
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/28/2016 | Joan MacNeil | /s/ Joan MacNeil |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                           Page 11                              **F 4001-1.RFS.UD.MOTION**
25088834